**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **United States of America,** | § | |
| **Plaintiff** | § | |
| **v.** | § | **Case No.: 1:09cr00085** |
| **Arthur T. Willden** | § | |
| **Defendant** | § | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on **Friday, July 30, 2010, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, Arthur Willden by counsel, shall move this Court for entry of an order granting his Motion To Reconsider The Judge's Order Of July 7, 2010, And Authorizing Release Funds In Restitution Account To Defendant, Arthur Willden's IRA Account.

Respectfully submitted,

/s/ Ferris R. Bond

**Ferris Ridgely Bond, VSB** 22776
BOND & NORMAN
777 Sixth Street, NW , Suite 400
Washington, DC 20001
**(**202) 682-4100
Fax : 202-207-1041
Email Ferrisbond@aol.com
Counsel for Arthur Willden

**Marshall Taheri**
Law Offices of Marshall M. Taheri
P.O. Box 460001
Houston, TX 77056
Attorney for Arthur Willden
*Admitted Pro Hace Vice*
Counsel for Arthur Willden

**CERTIFICATE OF SERVICE**

   **I certify that on July 13, 2010 I served the foregoing Notice of Hearing  on July 30, 2010 upon the following attorneys of record in the case by electronic document delivery through the Court's ECF system:**

Thomas C. Mugavero
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703-280-9273
Fax: 703-280-8948
tmugavero@wtplaw.com

Karla L. Palmer, Esq.
McDermott Will & Emery LLP
600 13th Street, NW
Washington, DC 20005
*Attorney for Tetra Tech, Inc.*

William P. Pearce, Esq.
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
Ph: 410-347-8700
Fax: 410-347-9412
*Admitted Pro Hac Vice*

Stephen P. Learned
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
*Attorney for the United States of America*

   **/s/ Ferris Ridgely Bond**
**Ferris Ridgely Bond, VSB** 22776
BOND & NORMAN
 777 Sixth Street, NW , Suite 400
 Washington, DC 20001
**(**202) 682-4100
 Fax : 202-207-1041
Email Ferrisbond@aol.com
Counsel for Arthur Willden

Defendant, Arthur Willden's Motion to Reconsider the Judge's Order of July 7, 2010, and Release Funds in the Restitution Account to Defendant, Arthur Willden's IRA Account - 2